ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                        )
GMA-AVM Joint Venture                                   )    ASBCA No. 63713
                                                        )
Under Contract No. W91242-19-C-5007                     )

APPEARANCES FOR THE APPELLANT:          Jackson W. Moore, Jr., Esq.
                                        Patrick D. Wilson, Esq.
                                          Smith, Anderson, Blount, Dorsett,
                                          Mitchell & Jernigan, L.L.P.
                                          Raleigh, NC

APPEARANCES FOR THE GOVERNMENT:         Dana J. Chase, Esq.
                                          Army Chief Trial Attorney
                                        MAJ Ronald C. Walton, JA
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  November 22, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the
Armed Services Board of Contract Appeals in ASBCA No. 63713, Appeal of GMA-
AVM Joint Venture, rendered in conformance with the Board's Charter.

Dated:  November 22, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals